IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 06 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. 4:20-3 |
| TAMARA HILL | § | |

INFORMATION

The United States charges:

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government, which insured the deposits of member banks against loss up to $250,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2. Wells Fargo Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

### COUNT 1
### (Bank Fraud - 18 U.S.C. §1344)

Beginning on or about July 1, 2017, and continuing to July 12, 2019, in the Houston Division of the Southern District of Texas, TAMARA HILL, did knowingly execute a scheme and artifice to defraud Wells Fargo Bank, a financial institution, the accounts of which were insured by the FDIC, and to obtain money under the custody and control of Wells Fargo, by means of false and fraudulent pretenses, representations and promises in violation of Title 18, United States Code, Section 1344.

RYAN PATRICK
United States Attorney

By: *[signature]*
Jim McAlister
Assistant United States Attorney